IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN | ) |
| Plaintiff, | ) ) ) |
| vs | ) ) Case No.: 23 CV 03475 |
| RED ROBIN INTERNATIONAL, INC. Dba RED ROBIN GOURMET BURGERS and BREWS, | ) ) ) ) ) |
| Defendant. | ) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, Red Robin International, Inc., dba Red Robin Gourmet Burgers and Brews , ("Defendant") ("Plaintiff and Defendant are collectively referred to as the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's dismissing this action with prejudice (the "Order"). The parties hereby stipulate and agree to the entry of the attached proposed Order and respectfully request that the Court enter the same.

Jointly submitted this 5th day of February, 2024.

1

Respectfully submitted,

By: /s/ Robert M. KaplanBy: /s/ Julia Pair
**Law Offices of Robert M. Kaplan, P.C.****Bryan Cave Leighton Paisner, LLP**
Counsel for the PlaintiffCounsel for Defendant
1535 W. Schaumburg Rd., Suite 204211 N.         Broadway, Ste. 3600
Schaumburg, IL 60194St. Louis, MO 63102
Tel:   (847) 895-9151Tel:  (314) 259-2000
IL Bar No.: 6206215IL Bar No: 6340239  NA_____
rmkap@robertkaplanlaw.comjulia.pair@bclplaw.com

ROBERT M. KAPLAN
LAW OFFICES OF ROBERT M. KAPLAN, P.C.
Attorney for Plaintiff
1535 W. Schaumburg Road, #204
Schaumburg, Illinois 60194
(847) 894-9151
IL Bar No. 6206215
rmkap@robertkaplanlaw.com